UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Delanuez,<br><br>                              **Plaintiff,**<br><br>- *against* -<br><br>City of Yonkers, et al.,<br><br>                              **Defendant,** | **ORDER**<br><br>7:20-cv-04476-PED |

**PAUL E. DAVISON, U.S.M.J.**

      The Court having been advised that all claims asserted in the above entitled action are settled, it is hereby

      ORDERED, that the above entitled action be and hereby is discontinued, without costs to any party, subject to reopening should the settlement not be concluded within thirty (30) days of the date hereof.

Dated: December 12, 2022                                           SO ORDERED:
       White Plains, New York

                                                                   PAUL E. DAVISON, U.S.M.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED: **Dec 12, 2022**