```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/18/23
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
GIOVANNI DELANUEZ,

                              Plaintiff,      **JUDGMENT**

    -against-

                              20 Civ. 04476 (PED)

THE CITY OF YONKERS; YONKERS POLICE
DEPARTMENT; DET. STEVEN DONOHUE badge # 609
DET. DENNIS ROBERTSON, badge # 667
Individually and in their official capacities as
YONKERS POLICE OFFICERS,

                              Defendants.
------------------------------------------------------------------X

     **WHEREAS,** plaintiff Giovanni Delanuez commenced this action by filing a complaint on or about June 12, 2020, alleging that defendants violated his federal civil rights; and

     **WHEREAS,** defendants have denied any and all liability arising out of plaintiff's allegations; and

     **WHEREAS,** defendants, through the City of Yonkers, served plaintiff with an Offer of Judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure on December 29, 2022;

     **WHEREAS,** on December 30, 2022; plaintiff accepted the Offer of Judgment, it is hereby,

     **ORDERED, ADJUDGED AND DECREED,** that plaintiff take judgment against defendants for the total sum of $65,000.00 in full satisfaction of all claims against the defendants herein, said $65,000.00 offer being inclusive of costs, disbursements, and attorneys' fees in plaintiff's favor. The judgment is in full satisfaction of all claims made by plaintiff and is made for the purposes specified in Rule 68 of the Federal Rules of Civil Procedure and is not to be

construed as an admission of liability by defendants or any official, employee, or agent of the

City of Yonkers, or any agency thereof.

Dated: White Plains, New York
       January 18, 2023

_____
HONORABLE PAUL E. DAVISON
UNITED STATES MAGISTRATE JUDGE